United States District Court
Southern District OF INDIANA
"Indianapolis Division"

John Ramirez Prado,
Petitioner,

v.

United States of America,
Respondent,

Case no. 1:16-cr-123-TWP-DML

## Memorandum of Law

Comes Now, John Ramirez Prado, pro se, petitioner asking upon the "PRAYER" of this Honorable Court, to hear, and accept this "Memorandum of Law".

I.

Petitioner is alleging that the Fed. R. or Crim. P. 44 and the the Criminal Justice Act, each has established a federal Policy of Providing every-indigent federal accused with appointed counsel at every stage of his defense from arraignment through direct review by the Supreme Court, including petitions for certiorari. Doherty v. United States, 404 US 28, 30 L.ed. 2d 149, 92 S.Ct 175 (1971)(Petitioner has a statutory right to assistance of a lawyer in drafting his petition that right is NOT conditioned by counsel's appraisal of the merits of the Petition. No conditions are attached to rights under Fed. Rule. Crim. P.

44 and the Criminal Justice Act of 1964, 36 F.R.D. 285, 291 (1965) See also "Ross v. Moffit, 417 US 600, 94 S. Ct. 2437," "Wilkins v United States, 441 US 468, 99 S. Ct. 1829." United States v Price, 491 F.3d 613 (7th Cir 2007) (Criminal Justice Act Plan V.3)

I John Ramirez Prado, Declare and Certify under the penalty of perjury under the Laws of the United States that the Above Statement is True & Correct.

John Ramirez Prado.
John Ramirez-Prado
2680 Highway 301 South
Jesup, Ga, 31599
Federal Correctional Institution

Submitted on 9/28/21